UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                   Plaintiffs,

     -against-

DIRECT RX PHARMACY, INC. D/B/A SHARONAS
PHARMACY, et al.,

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Docket No.:
1:19-cv-05876 (FB)(LB)

## AMENDED STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DIRECT RX PHARMACY, INC. D/B/A SHARONAS PHARMACY AND RAFO YAGUDA A/K/A RAFAIL YAGUDAYEV

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and Defendants, Direct Rx Pharmacy, Inc. d/b/a Sharonas Pharmacy and Rafo Yaguda a/k/a Rafail Yagudayev (collectively, the "Direct Rx Defendants"), that all claims in this action asserted by Plaintiffs against Direct Rx Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: October 30, 2020

| | |
|---|---|
| RIVKIN RADLER LLP | GARY TSIRELMAN, P.C. |
| By: _/s/ Jennifer Abreu_ | By: _/s/ Gary Tsirelman_ |
|     Barry I. Levy, Esq. |     Gary Tsirelman, Esq. |
|     Michael A. Sirignano, Esq. | 129 Livingston Street, 2nd Floor |
|     Jennifer Abreu, Esq. | Brooklyn, New York 11201 |
| 926 RXR Plaza | *Counsel for Defendants, Direct Rx Pharmacy,* |
| Uniondale, New York 11556 | *Inc. d/b/a Sharonas Pharmacy and Rafo Yaguda* |
| *Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company* | *a/k/a Rafail Yagudayev* |