UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY,

                        Plaintiffs,

    -against-

DIRECT RX PHARMACY, INC., D/B/A
SHARONAS PHARMACY, et al.,

                      Defendants.
----------------------------------------X

Docket No.: 1:19-cv-05876
(DG)(LB)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JEAN-PIERRE GEORGES BARAKAT, M.D.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendant, Jean-Pierre Georges Barakat, M.D. ("Defendant") that all claims asserted by Plaintiffs against Defendant in this action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1). Plaintiffs and Defendant shall bear their own costs and attorneys' fees associated with the prosecution and/or defense of this action.

Dated:  April 1 , 2021

RIVKIN RADLER LLP

By: /s/ Jennifer Abreu, Esq.
    Michael A. Sirignano, Esq.
    Jennifer Abreu, Esq.
926 RXR Plaza
Uniondale, New York 11556
*Counsel for Plaintiffs*

GARY TSIRELMAN, P.C.

By:_____
    Gary Tsirelman, Esq.
129 Livingston St, 2nd Fl
Brooklyn, NY 11201
*Counsel for Defendant, Jean-Pierre Georges Barakat, M.D.*